428 A.2d 266

Commonwealth v. Minarczyk, Appellant.

Submitted March 21, 1980. A. Charles Peruto, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

The order of the lower court is hereby affirmed.